UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:21-cv-06737-MCS-JDE | Date December 15, 2021 |
| Title *LifeProxy, LLC v. eSnipe Inc.* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

The Court ordered Plaintiff LifeProxy, LLC to show cause why the action should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve Defendant eSnipe Inc. within the time allotted for service. OSC, ECF No. 9. Plaintiff did not file a response.

Federal Rule of Civil Procedure 4(m) provides that, if service of the summons and complaint is not made upon a defendant within 90 days of filing the complaint, courts have authority to dismiss an action without prejudice after giving notice to the plaintiff. *See Crowley v. Bannister*, 734 F.3d 967, 975 (9th Cir. 2013) (requiring notice before dismissal). If a plaintiff shows good cause for the failure to serve the complaint within that period, the Court must extend the time for accomplishing service. Fed. R. Civ. P. 4(m).

Here, the Court provided Plaintiff notice and an opportunity to show good cause. OSC. Plaintiff made no demonstration of good cause. Plaintiff did not file a proof of service. Plaintiff has not communicated with the Court since filing the Complaint on August 19, 2021. Compl., ECF No. 1.

The Court dismisses the action without prejudice. Fed. R. Civ. P. 4(m). The Clerk is directed to enter judgment and close the case.

**IT IS SO ORDERED.**