**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEPROXY, LLC, | Case No. 2:21-cv-06737-MCS-JDE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ESNIPE INC., | |
| Defendant. | |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m),

IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: December 15, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE